UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Roger Jerome Jackson, | Case No. 18-cv-2567 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Vincent Brown; Leach Lake Tribal Police Department; Richard Allen Wolske, Jr.; and Jessica Plotz, | |
| Defendants. | |

This matter is before the Court on the October 24, 2018 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Dkt. 12.) The R&R recommends dismissing Defendants Richard Allen Wolske, Jr., and Jessica Plotz without prejudice. Objections to the R&R have not been filed in the time period permitted. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

    1.    The October 24, 2018 R&R, (Dkt. 12), is **ADOPTED**; and

2. Defendants Richard Allen Wolske, Jr., and Jessica Plotz are **DISMISSED WITHOUT PREJUDICE**.

Dated: January 16, 2019               s/Wilhelmina M. Wright  
                                      Wilhelmina M. Wright  
                                      United States District Judge