UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Roger Jerome Jackson,                    Case No. 18-cv-2567 (WMW/LIB)

        Plaintiff,

    v.                                     **ORDER ADOPTING REPORT AND RECOMMENDATION**

Vincent Brown et al.,

        Defendants.

---

This matter is before the Court on the January 3, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Dkt. 18.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

**ORDER**

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The January 3, 2020 R&R, (Dkt. 18), is **ADOPTED**.

2. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 13, 2020

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge